**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**

In Re:

                                                                                     Case No.08-58692-CKP

**BATES, BRANDON & LYNDSEY ALANA**

                                               Chapter 7 Judge- C. KATHRYN PRESTON

      Debtor(s).

**NOTICE TO THE CLERK OF SMALL DIVIDENDS**
**AND UNCLAIMED DIVIDENDS**

**TO THE CLERK OF THE COURT**:

     The attached check in the amount of $867.80 represents the total sum of unclaimed and small dividends in this estate and is paid to the court pursuant to 11 U.S.C. Sec. 347(a) and FRBP 3010. The name(s) and addresses of the parties entitled to those small dividends and unclaimed funds are as follows:

| Creditor Name and Address | Claim No. | Amount of Dividend |
|---|---|---|
| Afni, Inc.<br>P.O. Box 3427<br>Bloomington, IL 61702-3427 | 3 | 21.59 |
| Credit Collection Services<br>Two Wells Ave. Dept 9135<br>Newton Ctr, MA 02459 | 6 | 10.52 |
| Merchants Interstate Collection<br>640 Plaza Dr. Suite 310<br>Highlands Ranch, CO 80129-2399 | 8 | 9.15 |
| Ocwen Loan Servicing<br>12650 Ingenuity Drive<br>Orlando, FL 32826 | 9 | 766.22 |
| Sprint<br>P.O. Box 660092<br>Dallas, TX 75266-0092 | 12 | 27.74 |
| Time Warner Cable | 13 | 6.71 |

| Creditor | Claim # | Amount |
|---|---|---|
| P.O. Box 9037<br>Addison TX 75001-9037 | | |
| Town of Stonington<br>152 Elm St.<br>Stonington, CT 06378 | 14 | 12.17 |
| Verizon Wireless<br>P.O. Box 553<br>Warrendale, PA 15086-0553 | 16 | 13.69 |
| Total Unclaimed/Small Dividends $25.00 or under | Total Unclaimed Dividends Over $25.00 | |
| | $867.80 | |

Dated: January 26, 2010

/s/ Clyde C. Hardesty

Clyde C. Hardesty, Chapter 7 Trustee

cc. Office of U.S. Trustee
 170 North High St. Suite 200
 Columbus, OH 43215-2421